

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2025

# MEMORANDUM ENDORSED

July 22, 2025

**Request for Filing Under Seal**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *United States v. Wilkins Estrella and Charlene Marte*, 25 Cr. 136 (GHW)

Dear Judge Woods:

    The parties respectfully submit this joint letter to request the scheduling of change-of-plea hearings for defendants Wilkins Estrella and Charlene Marte.

    After conferring with defense counsel regarding their availability, the Government asks that the status conference currently scheduled for July 28, 2025 at 1:00 p.m. be converted to a change-of-plea hearing for defendant Marte, and that a separate change-of-plea hearing be scheduled for defendant Estrella on August 6, 2025 at 2:00 p.m.

    Time has been excluded as to both defendants until July 28, 2025. The Government requests, with defense counsel's consent, that time be further excluded as to defendant Estrella from July 28, 2025 until August 6, 2025. The ends of justice served by excluding such time outweigh the interests of the public and defendant Estrella in a speedy trial because it will allow the defendant to confer with his defense counsel in preparation for the change of plea.

Application granted. The Court will conduct a change of plea hearing for Defendant Marte on July 28, 2025 at 1:00 p.m. and will conduct a change of plea hearing for Defendant Estrella on August 6, 2025 at 2:00 p.m. The Court will issue a separate order excluding time through the latter date with respect to Defendant Estrella.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.
SO ORDERED.
Dated: July 23, 2025
New York, New York

    GREGORY H. WOODS
    United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

    By CM/ECF: Alberto Ebanks, Esq. (counsel for Alberto Ebanks)
                 Jason Foy, Esq. (counsel for Charlene Marte)