```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :

UNITED STATES OF AMERICA,       :

           -v-                        :       1:25-cr-136-GHW-1

WILKINS ESTRELLA,              :       <u>ORDER</u>

                      Defendant.    :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     Upon the application of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, JANE CHONG, Assistant United States Attorney, of counsel, and with the consent of WILKINS ESTRELLA, by and through his attorney, ALBERTO EBANKS, the Court ordered on July 23, 2025 that the pretrial conference in this case be continued from July 28, 2025 to August 6, 2025 at 2:00 pm.

     The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through August 6, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

     SO ORDERED.

Dated: July 28, 2025
New York, New York

                                                      _____
                                                        GREGORY H. WOODS
                                                  United States District Judge