```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,            :
                                          :
                -against-                 :
                                          :
    WILKINS ESTRELLA,                     :         1:25-cr-136-GHW-1
                                          :
                    Defendant.            :         ORDER
-----------------------------------------------------------X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/4/2025 |

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for December 1, 2025 at 2:30 p.m. is rescheduled. The hearing will take place on December 1, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: November 4, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge